# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 21-21338-CMB |
| Denise M. Campbell, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Denise M. Campbell, | ) |
| **Movant,** | ) **Related Document No.** 35-31 |
| v. | ) |
| Specialized Loan Servicing, LLC, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Loss Mitigation Order

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 7, 2021.

**SERVICE BY FIRST-CLASS MAIL AND E-MAIL**:
Natalie E. Lea, Bonial & Associates, P.C., P.O. Box 9013, Addison, Texas 75001;
POCInquiries@BonialPC.com

**SERVICE BY FIRST-CLASS MAIL**:
Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111
Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672

**SERVICE BY NEF**:
Maria Miksich on behalf of Creditor The Bank of New York Mellon Trust Company, fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporation; mmiksich@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** September 7, 2021          /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**