IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LVNV FUNDING, INC., <br><br> Debtor, | Bankruptcy No. 21-21338-CMB <br><br> Chapter 13 |

### NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF LVNV FUNDING, INC.

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor LVNV Funding, Inc., in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

        Respectfully submitted,
        BERNSTEIN-BURKLEY, P.C.

        BY:/s/*Keri P. Ebeck*
        Keri P. Ebeck (PA ID. No.91298)
        601 Grant Street, 9th Floor
        Pittsburgh, PA  15219-1900
        (412) 456-8112 -- telephone
        (412) 456-8135
        e-mail:  kebeck@bernsteinlaw.com

        *Attorney for LVNV Funding, Inc.*

Dated: September 7, 2021