IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 21-21338-CMB |
| DENISE M. CAMPBELL. | Chapter 13 |
| Debtor, | Related to Doc. No. 28 |
| LVNV FUNDING, INC., | |
| Movant, | |
| v. | |
| DENISE M. CAMPBELL., and RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

## LVNV FUNDING, INC. WITHDRAWAL OF CLAIM NOS. 3 & 4

To the Clerk of Courts:

Kindly withdraw the Proofs of Claim numbered 3 and 4, both filed on June 29, 2021 on behalf of LVNV Funding, Inc. as they are time barred.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

BY:/s/*Keri P. Ebeck*
Keri P. Ebeck (PA ID. No.91298)
601 Grant Street, 9th Floor
Pittsburgh, PA  15219-1900
(412) 456-8112 -- telephone
(412) 456-8135
e-mail:  kebeck@bernsteinlaw.com

*Attorney for LVNV Funding, Inc.*

Dated: September 7, 2021