# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Denise M. Campbell, | ) |
|     **Movant,** | ) **Hearing Date:** 09/14/21 @ 1:30 a.m. |
|     v. | ) **Response Due:** 09/06/21 |
| LVNV Funding, LLC, | ) |
|     **Respondent.** | ) **Document No.** |

## NOTICE OF WITHDRAWAL

The Debtor wishes to withdraw the Objection to Claim of LVNV Funding, LLC, filed August 6, 2021, at Document No. 28 as moot.

                                                        **Respectfully submitted,**

**Dated:** September 7, 2021                **BY:** /s/ Mark B. Peduto
                                                        **Mark B. Peduto, Esquire**
                                                        **PA I.D. No. 62923**
                                                        mpeduto@c-vlaw.com
                                                        **CALAIARO VALENCIK**
                                                        **938 Penn Avenue, Suite 501**
                                                        **Pittsburgh, PA  15222-3708**
                                                        **(412) 232-0930**

**Date:**_____                       **SO ORDERED.**

                                                        _____
                                                        **Honorable Carlota M. Böhm**
                                                         **United States Chief Bankruptcy Judge**