**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Denise M. Campbell, | ) **Related Document No.** 32-33 |
| **Movant,** | ) **Hearing Date:** 10/13/21 @ 2:30 p.m. |
| vs. | ) **Response Due:** 09/13/21 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EMPLOY SPECIAL COUNSEL - Document No. 32**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Special Counsel** filed on August 26, 2021 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Special Counsel** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Special Counsel** were to be filed and served no later than September 13, 2021.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Special Counsel** be entered by the Court.

Dated: September 14, 2021

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**