# PROCEEDING MEMO

Date: 12/15/2021 01:30 pm

In re:   Denise M. Campbell

Bankruptcy No. 21-21338-CMB
Chapter: 13
Doc. # 51

Appearances:  BY ZOOM:  James Warmbrodt
Mark B. Peduto; Brian Nicholas

Nature of Proceeding: #51 Motion To Compel and For Sanctions

Additional Pleadings: #53 Response by Specialized Loan Servicing, Inc.

Judge's Notes:

OUTCOME: Hearing Held.  Continued to 1/25/2022 at 10:00 a.m.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
12/16/21 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA