**PROCEEDING MEMO**

Date: 12/15/2021 01:30 pm

In re:     Denise M. Campbell

                                         Bankruptcy No. 21-21338-CMB
                                         Chapter: 13
                                         Doc. # 51

Appearances:  BY ZOOM:  James Warmbrodt
                              Mark B. Peduto; Brian Nicholas

Nature of Proceeding: #51 Motion To Compel and For Sanctions

Additional Pleadings: #53 Response by Specialized Loan Servicing, Inc.

Judge's Notes:

OUTCOME: Hearing Held.  Continued to 1/25/2022 at 10:00 a.m.

                                                  Carlota Böhm
                                                  Chief U.S. Bankruptcy Judge

        FILED
        12/16/21 9:55 am
        CLERK
        U.S. BANKRUPTCY
        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 21-21338-CMB
Denise M. Campbell                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                             User: dsaw                                   Page 1 of 2
Date Rcvd: Dec 16, 2021                    Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672-9485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021                                       Signature:                 /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Z. Valencik | on behalf of Debtor Denise M. Campbell dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Keri P. Ebeck | on behalf of Creditor LVNV Funding LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor The Bank of New York Mellon Trust Company fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporatio mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Denise M. Campbell mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6