**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Denise M. Campbell, | ) **Related Document No.** 54-55 |
| **Movant,** | ) **Hearing Date:** 01/25/22 @ 10:00 a.m. |
| vs. | ) **Response Due:** 12/31/21 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO APPROVE SETTLEMENT OF PERSONAL INJURY ACTION AND**
**DISTRIBUTION OF PROCEEDS**
**- Document No. 54**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Settlement of Personal Injury Action and Distribution of Proceeds** filed on December 14, 2021 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Approve Settlement of Personal Injury Action and Distribution of Proceeds** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Approve Settlement of Personal Injury Action and Distribution of Proceeds** were to be filed and served no later than December 31, 2021.

It is hereby respectfully requested that the Order attached to the **Motion to Approve Settlement of Personal Injury Action and Distribution of Proceeds** be entered by the Court.

Dated: January 4, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**