N

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Denise M. Campbell, | ) |
|     **Movant,** | ) Related to: Document No. 54 |
| vs. | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) **ENTERED BY DEFAULT** |
|     **Respondent.** | ) |

## ORDER OR COURT

**AND NOW,** to-wit, this  5th  day of  January , 202\underline{2}, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the settlement of Debtor's pre-bankruptcy lawsuit for personal injuries and damages filed at Case No. 19-CI-6522 in the Court of Common Pleas of Westmoreland County in the amount of $100,000.00 is hereby approved.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the proceeds be distributed in accordance with the Settlement Distribution Sheet, including the distribution of the exemption amount of $3,100.00 directly to the Debtor with the remainder of said net proceeds to the Chapter 13 Trustee for general plan funding.

                      **By the Court,**

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/5/22 8:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA