# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Denise M. Campbell,<br>**Debtor,**<br>Denise M. Campbell,<br>**Movant,**<br>vs.<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>**Respondent.** | ) **Case No.** 21-21338-CMB<br>)<br>) **Chapter** 13<br>)<br>) Related to: Document No. 54<br>)<br>) **ENTERED BY DEFAULT**<br>) |

## ORDER OR COURT

**AND NOW,** to-wit, this  5th   day of      January       , 202<u>2</u>, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the settlement of Debtor's pre-bankruptcy lawsuit for personal injuries and damages filed at Case No. 19-CI-6522 in the Court of Common Pleas of Westmoreland County in the amount of $100,000.00 is hereby approved.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the proceeds be distributed in accordance with the Settlement Distribution Sheet, including the distribution of the exemption amount of $3,100.00 directly to the Debtor with the remainder of said net proceeds to the Chapter 13 Trustee for general plan funding.

By the Court,

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/5/22 8:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                     Case No. 21-21338-CMB

Denise M. Campbell                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                        User: gamr                                       Page 1 of 3

Date Rcvd: Jan 05, 2022                              Form ID: pdf900                              Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672-9485 |
| sp | + | Richard A. Godshall, Ostroff Injury Law, P.C., 518 E. Township Line Rd., Ste. 100, Blue Bell, PA 19422-2172 |
| 15382635 | + | Oliphant Financial, LLC, Bass &Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 15382639 | + | The Bank of New York Mellon, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Englewood, CO 80111-4720 |
| 15388579 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15382642 | | Wells Fargo, c/o Francis S. Hallinan Esq., One Penn Ctr Plaza, Ste. 1400, Philadelphia, PA 19103 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:30:32 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 23:30:32 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 05 2022 23:30:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15382628 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 05 2022 23:30:38 | Bureaus Investment Group, Portfolio No. 15, LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15394281 | + | Email/Text: documentfiling@lciinc.com | Jan 05 2022 23:21:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15382629 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:30:32 | Capital One Auto Finance, P.O. Box 4360, Houston, TX 77210-4360 |
| 15389152 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:30:38 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15382630 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 05 2022 23:30:32 | First Premier Bank, ATTN: Bankruptcy Dept., PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15382632 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 23:30:35 | LVNV Funding, LLC, Resurgent Capital Services, Greenville, SC 29603 |
| 15389279 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 23:30:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15382633 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 23:30:35 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15382634 | + | Email/Text: bankruptcy@ncaks.com | Jan 05 2022 23:21:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |

Case 21-21338-CMB    Doc 61    Filed 01/07/22    Entered 01/08/22 00:26:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15382636 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2022 23:21:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15382637 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 23:30:35 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15382638 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2022 23:21:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 15390765 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2022 23:21:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15382824 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 05 2022 23:30:38 | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15382640 | + | Email/Text: EDBKNotices@ecmc.org | Jan 05 2022 23:21:00 | US Department of Education, P.O. Box 16448, Saint Paul, MN 55116-0448 |
| 15382641 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 23:30:32 | Verizon, by American InfoSource as agent, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon Trust Company, fka The |
| 15382631 | | Internal Revenue Service, Special Procedures Branch, 1000 Liberty Ave., Rm. 727 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15401509 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15395343 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Z. Valencik | on behalf of Debtor Denise M. Campbell dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

District/off: 0315-2     User: gamr     Page 3 of 3
Date Rcvd: Jan 05, 2022     Form ID: pdf900     Total Noticed: 25

Keri P. Ebeck
    on behalf of Creditor LVNV Funding  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor The Bank of New York Mellon Trust Company  fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporatio mmiksich@kmllawgroup.com

Mark B. Peduto
    on behalf of Debtor Denise M. Campbell mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6