## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Denise M. Campbell, | ) **Related Document No.** 58 |
| **Movant,** | ) **Hearing Date:** |
| **vs.** | ) **Objection Due:** 01/10/22 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO EXTEND THE LOSS MITIGATION PERIOD
### - Document No. 58

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Extend the Loss Mitigation Period** filed on December 30, 2021 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Extend the Loss Mitigation Period** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Extend the Loss Mitigation Period** were to be filed and served no later than September 13, 2021.

It is hereby respectfully requested that the Order attached to the **Motion to Extend the Loss Mitigation Period** be entered by the Court.

Dated: January 11, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**