IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Denise M. Campbell,<br>    **Debtor,**<br>Denise M. Campbell,<br>    **Movant.**<br>    vs.<br>Specialized Loan Servicing, Inc.,<br>    **Respondent.** | ) Case No. 21-21338-CMB<br>)<br>) Chapter 13<br>)<br>) Related to: Document No. 58<br>)<br>)<br>)<br>) |

## ORDER

A *Loss Mitigation Order* dated September 2, 2021, was entered in the above matter at Document No. 35. On December 30, 2021, a ***Motion to Extend the Loss Mitigation Period*** was filed by Denise M. Campbell at Document No. 58.

AND NOW, this 12th day of January, 2022, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* the 15th day of March, 2022.

***IT IS ORDERED,*** *that the LMP final report is due on the* 22nd *day of* March, 2022.

By the Court,

Carlota M. Böhm      glb
Chief United States Bankruptcy Judge

FILED
1/12/22 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)

Page 1 of 1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21338-CMB |
| Denise M. Campbell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672-9485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 14, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Z. Valencik | on behalf of Debtor Denise M. Campbell dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Keri P. Ebeck | on behalf of Creditor LVNV Funding LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor The Bank of New York Mellon Trust Company fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporatio mmiksich@kmllawgroup.com |
| Mark B. Peduto | on behalf of Debtor Denise M. Campbell mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Jan 12, 2022 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6