**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/14/2022

IN RE:

DENISE M. CAMPBELL
418 CROSSBOW DRIVE
NEW STANTON, PA  15672
XXX-XX-8892          Debtor(s)

Case No.21-21338 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/14/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **THE BUREAUS**<br>C/O PRA RECEIVABLES MGMT<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMENITY BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON TRUST CO NA - T**<br>C/O SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: 1190/PL-CONF*1190X60+2=LMT*LMP PENDING @24*BGN 7/21*1569.57/CL | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9889 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 310.04<br>COMMENT: COMENITY*DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1963 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 15,456.81<br>COMMENT: X0621/SCH*NO$*TOTALED CAR*DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2290 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 892.97<br>COMMENT: X5178/SCH*REF 3606367887 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4378 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 09~NO$~DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: CAP 1*DSPTD/SCH*STALE CL $302.70 W/D*DOC 39 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8496 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: GE CAP CORP*LOWES*DSPTD/SCH*STALE CL $361.56 W/D*DOC 39 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8902 |
| **NATIONAL CREDIT ADJUSTERS**<br>POB 3023<br>HUTCHINSON, KS 67504 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DSPTD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **OLIPHANT FINANCIAL LLC**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL STE 200<br>TUCSON, AZ 85712 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 55.83<br>COMMENT: SHOPHQ*ORIGINAL LOAN 3729 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9033 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: 09~NO$~DSPTD/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 0.00 <br> COMMENT: COMENITY*THE BUCKLE*DSPTD/SCH*CL 319.80 W/D*DOC 26 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8881 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 0.00 <br> COMMENT: CAP 1*DSPTD/SCH*CL 252.17 W/D*DOC 27 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0521 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** <br> C/O JEFFERSON CAPITAL SYSTEMS LLC* <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5178 |
| **US DEPARTMENT OF EDUCATION** <br> NATIONAL PAYMENT CENTER <br> PO BOX 790336 <br> ST LOUIS, MO 63179-0336 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 0.00 <br> COMMENT: CL 194005.88~DEFERRED/PL*GU TIMELY | CRED DESC: UNSECURED  (S) <br> ACCOUNT NO.: 8892 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** <br> PO BOX 248838 <br> OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **OFFICE OF US ATTORNEY** <br> 700 GRANT ST STE 4000 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON TRUST CO NA - T** <br> C/O SPECIALIZED LOAN SERVICING LLC <br> 6200 S QUEBEC ST <br> GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 63,082.03 <br> COMMENT: $/CL-PL*LMP PENDING@24*THRU 6/21 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 9889 |
| **COMCAST** <br> PO BOX 1931 <br> BURLINGAME, CA 94011 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 486.36 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9107 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 3,700.00 <br> COMMENT: $@0%/PL*17-20 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 8892 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 460.00 <br> COMMENT: $@0%/PL*17-20 | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*FIA*BANK OF AMERICA*CL 415.87 W/D*DOC 30 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7025 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON TRUST CO NA - T** <br> C/O SPECIALIZED LOAN SERVICING LLC <br> 6200 S QUEBEC ST <br> GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 01 <br> CLAIM: 0.00 <br> COMMENT: PMT/LMP OE*BGN 9/21*W2,18 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 9889 |
| **BERNSTEIN BURKLEY PC** <br> 601 GRANT ST - 9TH FL <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LVNV FUNDING/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |