**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Denise M. Campbell, | ) |
| **Movant.** | ) Related to: Document No. 70 |
| vs. | ) |
| Specialized Loan Servicing, Inc., | ) |
| **Respondent.** | ) |

**ORDER**

A *Loss Mitigation Order* dated September 2, 2021, was entered in the above matter at Document No. 35. On March 15, 2022, a ***Motion to Extend the Loss Mitigation Period*** was filed by Denise M. Campbell at Document No. 70.

*AND NOW*, this 29th day of March, 2022, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is ***extended up to and including the*** 16th *day of* May, *2022.*

*IT IS ORDERED, that the LMP final report is due on the* 23rd *day of* May, *2022*.

By the Court,

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/29/22 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**PAWB Local Form 43 (04/14)**    **Page 1 of 1**