**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Case No.** 21-21338-CMB |
| Denise M. Campbell, ) | |
| **Debtor,** ) | **Chapter** 13 |
| Denise M. Campbell, ) | |
| **Movant.** ) | **Related Document No.** 35 |
| vs. ) | |
| Specialized Loan Servicing, Inc., ) | |
| **Respondent.** ) | **Document No.** |

## MOTION TO EXTEND TIME TO FILE A
## LOSS MITIGATION FINAL REPORT

**AND NOW**, comes the Debtor, Denise M. Campbell, by and through her attorneys, Calaiaro Valencik and Mark B. Peduto, and presents the following Motion to Extend Time to File a Loss Mitigation Final Report:

1. On May 5, 2022, the Debtor and Respondent entered into a Trial Modification through the Court's Loss Mitigation Program (LMP).

2. An Interim Mortgage Modification Order was entered on May 13, 2022. (Doc. #78)

3. That order required the Debtor to file a Loss Mitigation Final Report on August 22, 2022.

4. The Debtor has a hearing on August 23, 2022, regarding the settlement of her personal injury claim.

5. That settlement will have an impact on the overall case and the Loan Modification process as well.

6. The Debtor is respectfully requesting that the due date to file a Loss Mitigation Final Report be postponed until August 29, 2022.

**WHEREFORE**, the Debtor requests this Honorable Court extend the deadline to file a Loss Mitigation Final Report by seven days or until August 29, 2022.

**Respectfully submitted,**

**DATED:** August 22, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**