# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 21-21338-CMB |
| Denise M. Campbell, | ) |
| **Debtor,** | ) Chapter 13 |
| Denise M. Campbell, | ) |
| **Movant.** | ) Related to: Document No. 90 |
| vs. | ) |
| Specialized Loan Servicing, Inc., | ) |
| **Respondent.** | ) |

## ORDER OF COURT

**AND NOW,** this 24th day of August 2022, upon motion of the Debtor, it is hereby **ORDERED** that the Motion to Extend Time to File a Loss Mitigation Final Report is **GRANTED**. The Debtor shall file a Loss Mitigation Final Report on or before August 29, 2022.

By the Court,

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/24/22 9:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA