**Date: 08/23/2022 11:00 am**

**In re:    Denise M. Campbell**

                                                  **Bankruptcy No. 21-21338-CMB**
                                                  **Chapter: 13**
                                                  **Doc. #84**

**Appearances:  BY ZOOM:  Ronda Winnecour**
                                  **Mark Peduto**

**Nature of Proceeding: #84 Second Motion To Approve Settlement of Personal Injury Action and Distribution of Proceeds**

**Additional Pleadings:**

**Judge's Notes:**

Outcome:  Hearing Held.
       The Court is questioning distribution proposal.
       Hearing Continued to: 09/20/2022 at 10:00 a.m. via Zoom.
       Attorney Peduto needs to send a Proposed Consent Order to Trustee Winnecour regarding (1) acceptance of funds and (2) distribution of funds.  If Consent Order is entered, the Continued Hearing will be Cancelled.

                                                  **Carlota Böhm**
                                                  **Chief U.S. Bankruptcy Judge**

                                                  FILED
                                                  8/24/22 8:59 am
                                                  CLERK
                                                  U.S. BANKRUPTCY
                                                  COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21338-CMB

Denise M. Campbell    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto     Page 1 of 2

Date Rcvd: Aug 24, 2022      Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672-9485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon Trust Company fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporatio bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Denise M. Campbell dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Keri P. Ebeck | on behalf of Creditor LVNV Funding LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Mark B. Peduto | on behalf of Debtor Denise M. Campbell mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6