# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Denise M. Campbell, | ) |
|     **Movant,** | ) **Related Claim No.** 13 |
| v. | ) **Related Document No.** 88-87 |
| Department of the Treasury, | ) **Hearing Date:** 09/20/22 @ 10:00 a.m. |
| Internal Revenue Service, | ) **Response Due:** 09/01/22 |
|     **Respondent.** | ) **Document No.** |

## NOTICE TO WITHDRAW OBJECTION TO CLAIM OF DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE

The Debtor wishes to withdraw the Objection to Claim of Department of the Treasury, Internal Revenue Service filed August 2, 2022. (Doc. #87)

**Dated:** August 31, 2022

**BY:** /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
PA I.D. No. 62923
mpeduto@c-vlaw.com
**CALAIARO VALENCIK**
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
(412) 232-0930

**Date:**_____

SO ORDERED.

_____
**Chief Judge Carlota M. Böhm**
**United States Bankruptcy Judge**