**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Case No.** 21-21338-CMB |
| Denise M. Campbell, ) | |
|     **Debtor,** ) | **Chapter** 13 |
| Denise M. Campbell, ) | |
|     **Movant,** ) | Related to: Document No. 84 |
| **vs.** ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|     **Respondent.** ) | |

## CONSENT ORDER OF COURT

**AND NOW,** to-wit, this 29th day of August 2022, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the settlement of Debtor's pre-bankruptcy lawsuit for personal injuries and damages filed at Case No. 19-CI-6522 in the Court of Common Pleas of Westmoreland County in the amount of $85,000.00 is hereby approved.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the proceeds be distributed as follows;

1. Personal Injury Counsel shall be allowed his fees, costs, and medical bills ($34,000.00 + $826.64 + $2,398.00) **=** $37,224.64.

2. Personal Injury Counsel shall remit the balance of the settlement in the amount of $47,775.36 ("Net Proceeds"), to the Chapter 13 trustee. The Net Proceeds shall be, after deduction of Trustee fees, be distributed by the Chapter 13 Trustee as follows, in the order indicated:

    (a) Trustee shall distribute a regular mortgage payment of $1,557.84 at her next scheduled distribution after the funds clear unless the post-petition mortgage payments are fully current.

    (b) Trustee shall distribute <u>all</u> timely filed prepetition priority claims in the amounts of ($3,575.67 + $1,600.00) = $5,175.67.

(c)    Trustee shall distribute to <u>all timely</u> filed prepetition unsecured claims subject to the following terms and conditions: (i) the distributions to unsecured creditors are hereby authorized and directed whether there has been a final confirmation order entered and whatever is needed for payment of this class at 100% is to be kept in escrow until distributed; (ii) in accordance with §349 the funds shall be distributed to the unsecured creditors notwithstanding a subsequent dismissal of this case; (iii) notwithstanding the foregoing authority to distribute, Trustee is authorized to delay actual distribution(s) to the general unsecured creditors until the completion of her ordinary distribution process with respect to such claims including the completion and service of a notice of intention to pay claims; and (iv) in the event there is an unresolved objection to a filed unsecured claim prior to the date of Trustee's distribution to the class, the funds earmarked for that claim shall remain on reserve until the objection is resolved and then distributed to the creditor to the extent the claim is allowed.

(d)    Provided that the Trustee has sufficient balance remaining the Trustee shall, pursuant to the terms of the trial modification, pay $18,500.00 toward a permanent loan modification; and

(e)    Whatever is left to the Net Proceeds of this Settlement and the prior Settlement shall be kept on hold pending further order of court.

                                                **By the Court,**

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/29/22 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Consented to:**

/s/ James Warmbrodt
**James C. Warmbrodt, Staff Attorney**
**PA I.D. No. 42524**
**jwarmbrodt@chapter13trusteewdpa.com**
**Office of the Chapter 13 Trustee**
**US Steel Tower, Suite 3250**
**600 Grant Street**
**Pittsburgh, PA  15219**
**(412) 471-5566**


/s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. #62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-21338-CMB
Denise M. Campbell | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Aug 29, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672-9485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor The Bank of New York Mellon Trust Company fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporatio bnicholas@kmllawgroup.com

David Z. Valencik
     on behalf of Debtor Denise M. Campbell dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Keri P. Ebeck
     on behalf of Creditor LVNV Funding LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Mark B. Peduto
     on behalf of Debtor Denise M. Campbell mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

District/off: 0315-2      User: auto      Page 2 of 2
Date Rcvd: Aug 29, 2022      Form ID: pdf900      Total Noticed: 1

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 6