IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 21-21338-CMB |
| Denise M. Campbell, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Denise M. Campbell, | ) |
| **Movant.** | ) Related to: Document No. 93 |
| vs. | ) |
| Specialized Loan Servicing, Inc., | ) |
| **Respondent.** | ) |

## ORDER

A *Loss Mitigation Order* dated <u>September 2, 2021</u>, was entered in the above matter at Document No. <u>35</u>. On <u>August 26, 2022,</u> a ***Motion to Extend the Loss Mitigation Period*** was filed by <u>Denise M. Campbell</u> at Document No. <u>93</u>.

*AND NOW*, this <u>8th</u> day of <u>September</u>, 2022, it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including*** the <u>17th</u> *day of* <u>October</u>, *2022.*

*IT IS ORDERED,* that the LMP final report is due on the <u>24th</u> *day of* <u>September</u>, *2022.*

By the Court,

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/8/22 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 21-21338-CMB
Denise M. Campbell   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Sep 08, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672-9485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon Trust Company fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporatio bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Denise M. Campbell dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor LVNV Funding LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Mark B. Peduto
    on behalf of Debtor Denise M. Campbell mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7