FILED
9/27/22 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| ALL CASES IN WHICH | ) **Misc. Docket No.** 22-226-GLT |
| MARK B. PEDUTO IS ATTORNEY OF | ) |
| RECORD WITH CALAIARO VALENCIK, | ) Related Dkt. No. 2 |
| | ) |
| MARK B. PEDUTO, ANDREW K. | ) |
| PRATT, and DAVID Z. VALENCIK, | ) |
| **MOVANTS** | ) |
| **v.** | ) |
| NO RESPONDENTS. | ) |

**ORDER OF COURT**

**AND NOW**, this _27th_ day of _September_, 2022, upon consideration of the *Omnibus Motion to Withdraw the Appearance of Mark B. Peduto and Enter the Appearances of Andrew K. Pratt and David Z. Valencik* (the "Motion"), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    The Motion is **GRANTED**.

2.    The appearance of Mark B. Peduto, Esquire is **WITHDRAWN** on all cases pending before this Honorable Court on Exhibit A attached to the Motion effective September 23, 2022.

3.    The appearances of Andrew K. Pratt, Esquire and David Z. Valencik, Esquire is **ENTERED** on all cases pending before this Honorable Court listed on Exhibit A attached to the Motion upon withdrawal of Mark B. Peduto, Esquire.

**BY THE COURT:**

Dated: 9/27/22

**Chief Judge Gregory L. Taddonio
United States Bankruptcy Court**