**PROCEEDING MEMO**

**Date: 12/13/2022 11:00 am**

  **In re:   Denise M. Campbell**

**Bankruptcy No. 21-21338-CMB**
**Chapter: 13**
**Doc. # 112**

**Appearances:  BY ZOOM:  Ronda Winnecour**
**Andrew Pratt**
**Jill Locnikar**

**Nature of Proceeding: #107 Contested Plan Hearing Re: Amended Chapter 13 Plan Dated 10/14 /2022**

**Additional Pleadings: #113 Objection To Confirmation of Plan by Chapter 13 Trustee**

**OUTCOME:  Hearing held.  Tax returns sent to Trustee's office this morning.   Amended Plan due by February 28, 2023.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
12/13/22 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA