**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Denise M. Campbell, | ) |
|     **Movant.** | ) **Hearing Date:** 02/09/23 @ 2:30 p.m. |
|     vs. | ) **Response Due:** 01/23/23 |
| Specialized Loan Servicing, LLC, | ) |
|     **Respondent.** | ) **Document No.** 116 |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

    **AND NOW**, this __24th__ day of ____January____, 2023, on motion of the Debtor, it is hereby **ORDERED** that the Loan Modification Agreement between Specialized Loan Servicing, LLC and the Debtor is approved with the following material terms:

A. **New Principal Balance**: The new principal balance now owed with respect to the Loan shall be $133,141.47 (the "New Principal Balance").

B. **Interest Rate**: The Debtor promises to pay the New Principal Balance plus interest. From the Effective Date of this Agreement, interest will be charged on the unpaid New Principal Balance at an annual rate equal to 7.875% for the life of Debtor's modified account.

C. **Down Payment**: There is no down payment required for this modification.

D. **New Monthly Payment**: The new **total** monthly payment amount will be $1,533.55. The itemized breakdown of the total monthly payment is as follows:
    i. Principal and Interest portion of payment = $913.28*.
    ii. Tax and Insurance portion of payment = $620.27*.
*may adjust periodically

E. **Payment Term**: The first New Monthly Payment will be due on January 1, 2023, with all subsequent New Monthly Payments due on the first day of each month, in addition to one (1) final balloon payment of $125,783.91. The balloon payment amount stated is if all monthly payments have been made has scheduled. At the end of the term, any balance remaining will have to be paid. The new maturity date is March 1, 2033.

**IT IS ORDERED**, that all other terms of the Loan Modification Agreement are approved;

**IT IS ORDERED**, that the executed Home Affordable Loan Modification Agreement is approved.

By the Court,

*Carlota M. Böhm* dmk
Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
1/24/23 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21338-CMB |
| Denise M. Campbell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

**Recip ID         Recipient Name and Address**
db            +  Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672-9485

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

**Name**                **Email Address**

Andrew Kevin Pratt
    on behalf of Debtor Denise M. Campbell apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon Trust Company  fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporatio bnicholas@kmllawgroup.com

David Z. Valencik
    on behalf of Debtor Denise M. Campbell dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 24, 2023 | Form ID: pdf900 | Total Noticed: 1

Keri P. Ebeck
    on behalf of Creditor LVNV Funding  LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7