**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21338-CMB |
| Denise M. Campbell, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Denise M. Campbell | ) |
| **Movant.** | ) **Claim No.** 1 |
| vs. | ) |
| The Bank of New York Mellon Trust | ) **Related Document No.** 138-137 |
| Company, N.A., as successor-in-interest | ) |
| to all successors and assigns of | ) |
| Bank One, N.A., as Trustee for Asset | ) **Hearing Date:** 08/02/23 @ 1:30 p.m. |
| Backed Funding Corporation Mortgage | ) |
| Loan Asset-Backed Certificates, | ) **Response Due:** 07/10/23 |
| Series 2003-WF1 C/O Specialized Loan | ) |
| Servicing LLC and Ronda J. Winnecour, | ) |
| Chapter 13 Trustee, | ) |
| **Respondent.** | ) Document No. |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF Denise M. Campbell FOR Objection to the Notice of Mortgage Payment Change Dated May 31, 2023 filed by The Bank of New York Mellon Trust Company, N.A. as successor-in-interest to all successors and assigns of Bank One, N.A., as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset-Backed Certificates, Series 2003-WF1 C/O Specialized Loan Servicing LLC**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **July 10, 2023**, *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on **August 2, 2023, at 1:30 p.m.** before Judge Carlota M. Böhm via the ***Zoom Video Conference Application*** ("Zoom"). To

participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at*** *https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf*. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

**Dated:** Date: June 23, 2023

**BY:** /s/ Andrew K. Pratt
**Andrew K. Pratt, Esquire**
**PA I.D. #328784**
apratt@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222**
**(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | **Case No.** 21-21338-CMB |
| Denise M. Campbell, ) | |
| **Debtor,** ) | **Chapter** 13 |
| Denise M. Campbell ) | |
| **Movant.** ) | **Claim No.** 1 |
| vs. ) | |
| The Bank of New York Mellon Trust ) | **Related Document No.** 138-137 |
| Company, N.A., as successor-in-interest ) | |
| to all successors and assigns of ) | |
| Bank One, N.A., as Trustee for Asset ) | **Hearing Date:** 08/02/23 @ 1:30 p.m. |
| Backed Funding Corporation Mortgage ) | |
| Loan Asset-Backed Certificates, ) | **Response Due:** 07/10/23 |
| Series 2003-WF1 C/O Specialized Loan ) | |
| Servicing LLC and Ronda J. Winnecour, ) | |
| Chapter 13 Trustee, ) | |
| **Respondent.** ) | **Document No.** |

**CERTIFICATE OF SERVICE OF Notice of Zoom Hearing and Response Deadline Regarding Motion of Denise M. Campbell for Objection to the Notice of Mortgage Payment Change Dated May 31, 2023 filed by The Bank of New York Mellon Trust Company, N.A. as successor-in-interest to all successors and assigns of Bank One, N.A., as Trustee for Asset Backed Funding Corporation Mortgage Loan Asset-Backed Certificates, Series 2003-WF1 C/O Specialized Loan Servicing LLC**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 23, 2023.

**SERVICE BY FIRST-CLASS MAIL:**
Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672

**SERVICE BY FIRST-CLASS MAIL AND E-MAIL:**
Natalie E. Lea, Bonial & Associates, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254; POCInquiries@BonialPC.com

**SERVICE BY NEF:**
Brian Nicholas on behalf of Creditor The Bank of New York Mellon Trust Company, fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporation; bnicholas@kmllawgroup.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

*A copy of the Objection was served on the parties listed above on June 21, 2023, by First-Class Mail or Electronic Notification.*

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Executed on: June 23, 2023                /s/ Andrew K. Pratt
                                                               **Andrew K. Pratt, Esquire**
                                                               **PA I.D. #328784**
                                                               **apratt@c-vlaw.com**
                                                               **CALAIARO VALENCIK**
                                                               **938 Penn Avenue, Suite 501**
                                                               **Pittsburgh, PA  15222**
                                                               **(412) 232-0930**