# PROCEEDING MEMO

**Date: 08/02/2023 01:30 pm**

**In re:   Denise M. Campbell**

**Bankruptcy No. 21-21338-CMB**
**Chapter: 13**
**Doc. # 137**

**Appearances:  Kate DeSimone**
**Monica Locke**
**Keri Ebeck, Esq.**

**Nature of Proceeding: # 137 Objection to Notice of Mortgage Payment Change Dated May 31, 2023**

**Additional Pleadings:  #141 Response of Specialized Loan Servicing LLC**

**Outcome:  Hearing held.  Objection withdrawn.**

FILED
8/3/23 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**