IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Denise M. Campbell             :       Case No. 21-21338-CMB

                :

        Debtor(s)    :       Chapter 13

                :

Ronda J. Winnecour, Chapter 13   :

Trustee                :

        Movant(s)    :       Related to Document ' 144

                :

        vs.           :       Hearing Date:

                :

Denise M. Campbell, Capital One Auto  :

Finance, a division of Capital One,    :

N.A., and Internal Revenue Service    :

        Respondent(s)    :

## ORDER OF COURT

AND NOW, THIS __14th__ day of ____December, 2023____ xxxxxxxxx, upon

consideration of the MOTION TO (1) PROCESS CAPITAL ONE REFUND, (2)

AUTHORIZE DISTRIBUTION OF LUMP SUM BALANCE TO IRS, AND (3) DISMISS

BANKRUPTCY CASE, and responses thereto if any, it is hereby Ordered:

(1)    Trustee is authorized and direct to (a) treat the unsecured claim of

Capital One Auto Finance, a division of Capital One, N.A (Cl #2-3) as having been paid

in full given the refund, and (b) distribute the balance on hand from the Lump Sum as

described in the Motion in the amount of $12,529.77 to the IRS on account of the

unsecured portion of its Claim 13-3; and

(2)    Subject to the Court's retention of jurisdiction over the distribution of the

Lump Sum as described in the Motion in the amount of $12,529.77 in accordance

with the §349, the Bankruptcy Case is dismissed.

_____ dmk
U.S. BANKRUPTCY JUDGE

FILED
12/14/23 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 21-21338-CMB

Denise M. Campbell                                                        Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                 Page 1 of 3

Date Rcvd: Dec 14, 2023                 Form ID: pdf900                             Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Campbell, 418 Crossbow Drive, New Stanton, PA 15672-9485 |
| sp | + | Richard A. Godshall, Ostroff Injury Law, P.C., 518 E. Township Line Rd.,Ste. 100, Blue Bell, PA 19422-2172 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15382642 | | Wells Fargo, c/o Francis S. Hallinan Esq., One Penn Ctr Plaza, Ste. 1400, Philadelphia, PA 19103 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2023 00:01:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 15 2023 00:01:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Dec 14 2023 23:51:00 | The Bank of New York Mellon Trust Company, N.A., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15382628 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 15 2023 00:01:24 | Bureaus Investment Group, Portfolio No. 15, LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15394281 | + | Email/Text: documentfiling@lciinc.com | Dec 14 2023 23:51:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15382629 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 00:01:37 | Capital One Auto Finance, P.O. Box 4360, Houston, TX 77210-4360 |
| 15549130 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 00:00:54 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15389152 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 00:01:42 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15382630 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 15 2023 00:01:03 | First Premier Bank, ATTN: Bankruptcy Dept., PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15382632 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 00:00:58 | LVNV Funding, LLC, Resurgent Capital Services, Greenville, SC 29603 |
| 15389279 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 00:00:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15382633 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 00:01:29 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15382634 | + | Email/Text: bankruptcy@ncaks.com | Dec 14 2023 23:51:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS |

District/off: 0315-2                                    User: auto                                    Page 2 of 3
Date Rcvd: Dec 14, 2023                          Form ID: pdf900                           Total Noticed: 28

|  |  |  | 67504-3023 |
|---|---|---|---|
| 15382635 | + Email/Text: bnc@bass-associates.com | | |
| | | Dec 14 2023 23:51:00 | Oliphant Financial, LLC, Bass &Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 15382636 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Dec 14 2023 23:52:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15382637 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 15 2023 00:01:29 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15382638 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 14 2023 23:52:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 15390765 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 14 2023 23:52:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15572397 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Dec 14 2023 23:51:00 | THE BNYM TRUST Company N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 15382639 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Dec 14 2023 23:51:00 | The Bank of New York Mellon, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Englewood, CO 80111-4720 |
| 15388579 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Dec 14 2023 23:51:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15382824 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Dec 15 2023 00:01:43 | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15382640 | + Email/Text: EDBKNotices@ecmc.org | | |
| | | Dec 14 2023 23:51:00 | US Department of Education, P.O. Box 16448, Saint Paul, MN 55116-0448 |
| 15382641 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Dec 15 2023 00:01:38 | Verizon, by American InfoSource as agent, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Specialized Loan Servicing, LLC, as Servicing Agen |
| cr | | The Bank of New York Mellon Trust Company, fka The |
| 15382631 | | Internal Revenue Service, Special Procedures Branch, 1000 Liberty Ave., Rm. 727 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15401509 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15395343 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| Andrew Kevin Pratt | on behalf of Debtor Denise M. Campbell apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com |
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon Trust Company  fka The Bank of New York Trust Company as Successor to JP Morgan Chase Bank N.A. as Successor to Bank One N.A. as Trustee for Asset Backed Funding Corporatio bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Denise M. Campbell dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;ncalaiaro@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Denise M. Campbell dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;ncalaiaro@c-vlaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC, as Servicing Agent for The Bank of New York Mellon Trust Company, N.A., as Successor-In-Interest to all Successors and Assigns of Bank One, N.A., as Trustee for Asset- kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor LVNV Funding  LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9