**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DENISE M. CAMPBELL | Case No.:21-21338 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/04/2021 and confirmed on 07/27/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,288.39 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 106,288.39 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 4,070.42 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,070.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9889 | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 21,614.88 | 21,614.88 | 0.00 | 21,614.88 |
|     Acct: 9889 | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 18,500.00 | 18,500.00 | 0.00 | 18,500.00 |
|     Acct: 9889 | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 0.00 | 7,726.13 | 0.00 | 7,726.13 |
|     Acct: 9889 | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9889 | | | | |
| | | | | 47,841.01 |
| **Priority** | | | | |
|   DAVID Z VALENCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENISE M. CAMPBELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-21338 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | CALAIARO VALENCIK | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CALAIARO VALENCIK | 16,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 68,513.44 | 7,275.67 | 0.00 | 7,275.67 |
| | Acct: 8892 | | | | |
| | PA DEPARTMENT OF REVENUE* | 460.00 | 460.00 | 0.00 | 460.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 855.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 8892 | | | | |
| | | | | | 7,735.67 |
| Unsecured | | | | | |
| | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8892 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFO | 310.04 | 310.04 | 0.00 | 310.04 |
| | Acct: 1963 | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT | 10,420.25 | 10,420.25 | 0.00 | 10,420.25 |
| | Acct: 2290 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 892.97 | 892.97 | 0.00 | 892.97 |
| | Acct: 4378 | | | | |
| | INTERNAL REVENUE SERVICE* | 35,881.26 | 30,475.84 | 0.00 | 30,475.84 |
| | Acct: 8892 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8496 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8902 | | | | |
| | NATIONAL CREDIT ADJUSTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | OLIPHANT FINANCIAL LLC | 55.83 | 55.83 | 0.00 | 55.83 |
| | Acct: 9033 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8881 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0521 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5178 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMCAST | 486.36 | 486.36 | 0.00 | 486.36 |
| | Acct: 9107 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7025 | | | | |
| | THE BUREAUS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 42,641.29 |

TOTAL PAID TO CREDITORS                                                                                                98,217.97

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 69,828.66 |
| SECURED | 40,114.88 |
| UNSECURED | 48.046.71 |

Date: 01/03/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com